No. 87–477. FERENS ET UX. v. DEERE & CO. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Sun Oil Co.* v. *Wortman*, 486 U. S. 717 (1988).